DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>DENNIS D. HOLMAN,<br><br>           Defendant. | Case No.<br><br>COUNT ONE:<br><br>TRANSPORTATION OF<br>UNLAWFULLY TAKEN WILDLIFE<br>   Violation of 16 U.S.C.<br>§ 3372(a)(2)(A) & 3373(d)(2)<br><br>COUNT TWO:<br><br>TRANSPORTATION OF<br>UNLAWFULLY TAKEN WILDLIFE<br>   Violation of 16 U.S.C.<br>§ 3372(a)(1) & 3373(d)(2) |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about the 4th day of June, 2000, in the District of Alaska and elsewhere, Dennis D. Holman did unlawfully and knowingly transport in interstate commerce wildlife, to wit, the hide and skull of a black bear taken, possessed and sold in violation of the laws of the State of Alaska, when in the exercise of due care the defendant should have known that the wildlife had been unlawfully taken, possessed and sold, all in violation of Title 16, United States Code, § 3372(a)(2)(A) and § 3373(d)(2).

## COUNT TWO

On or about the 4th day of June, 2000, in the District of Alaska and elsewhere, Dennis D. Holman did unlawfully and knowingly transport in interstate commerce wildlife, to wit, waterfowl taken, possessed and sold in violation of the Migratory Bird Treaty Act, when in the exercise of due care the defendant should have known that the

//

//

//

//

//

//

2

wildlife had been unlawfully taken, possessed and sold, all in violation of Title 16, United

States Code, § 3372(a)(1) and § 3373(d)(2).

DATED this 23rd day of February, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

 s/Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov