## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   UNITED STATES OF AMERICA    v.    DENNIS D. HOLMAN

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                  CASE NO.  4:06-cr-00012-TWH

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 24, 2006


        **ARRAIGNMENT** in the above-case is hereby set for **Friday,**

**March 17, 2006 at 11:00 a.m.** before Terrance W. Hall, U.S.

Magistrate Judge, in Courtroom 2, Room 326, U.S. Courthouse, 101

12th Avenue, Fairbanks, Alaska.

[]{IA.WPD*Rev.12/96}