**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   DENNIS HOLMAN

THE HONORABLE TERRANCE W HALL

Deputy Clerk                                                CASE NO.  4:06-cr-00012-TWH

 TINA J GROTHAUSE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 27, 2006

    Summons issued by the court in the above case has been returned unexecuted. Arraignment set for **MARCH 17,2006 at 11:00 a.m.** is hereby **vacated.** The government is directed to provide the court with an appropriate address for the defendant or file a status report within 30 days. Arraignment will be reset and summons reissued upon clerk's receipt of this address.

[]{UNEXSUM.WPD*Rev.2/9}