DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00012 TWH |
|---|---|---|
| Plaintiff, | ) | **APPLICATION,** |
| | ) | **DECLARATION AND** |
| vs. | ) | **ORDER FOR ISSUANCE** |
| | ) | **OF ARREST WARRANT** |
| DENNIS HOLMAN, | ) | **UPON INFORMATION** |
| | ) | |
| Defendant. | ) | |

  COMES NOW the undersigned, Stephen Cooper, Assistant United States Attorney, and in support of this application pursuant to Rule 9, FRCP, for issuance of a warrant of arrest upon the Information on file herein, declares under 28 U.S.C. § 1746 as follows:

  I have been reliably informed and verily believe, upon the relation of Special Agent David Rippeto, United States Fish and Wildlife Service, Fairbanks, Alaska,

that the allegations set forth in the Information on file herein are true and correct in that Dennis Holman confessed to law enforcement agents that he did hunt in Alaska in the spring of 2000 without a hunting license while being commercially guided by a Fort Yukon resident, who has confirmed that he was not a licensed guide and that he guided Holman on that hunt and received monetary compensation for it; Holman confessed that on that hunt he killed a black bear and a migratory waterfowl, i.e., a duck, outside the lawful season for waterfowl, purchased another duck from the "guide"(purchase of waterfowl is unlawful), was given four other subsistence-taken ducks by the "guide"(possession of subsistence-taken waterfowl by Holman who is not a rural subsistence user is unlawful), and at that time transported the bear trophy parts and ducks to Georgia for taxidermy work (taxidermy on subsistence-taken birds is unlawful), using a false writing obtained from the "guide" stating the "guide" had given the bear and the waterfowl to Holman including the bird Holman shot; records for the bear and the waterfowl in the name of Holman were seized from the taxidermy shop in Ellijay, Georgia; the "guide" confirmed that on said hunt he witnessed Holman take the bear and the waterfowl, knew the takings were unlawful, and supplied Holman with a false writing stating that he had given the bear and waterfowl to Holman; the bear skull and one of the birds were seized under warranted search of

Holman's residence and he has abandoned them to the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: March 2, 2006.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/Stephen Cooper
    STEPHEN COOPER
    Assistant United States Attorney
    Federal Building & U.S. Courthouse
    101 12th Avenue, Room 310
    Fairbanks, AK 99701
    Phone: (907) 456-0245
    Fax: (907) 456-0577
    E-mail: stephen.cooper@usdoj.gov
    AK Bar #6911028