DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00012 TWH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DENNIS HOLMAN, | ) | |
| Defendant. | ) | |

Upon plaintiff's Application and Declaration for a Warrant of Arrest,

IT IS HEREBY ORDERED pursuant to Rule 9, FRCP, that the warrant shall issue, with bail endorsed in the amount of $1,500.00.

DATED this 13 day of April 2006 at Fairbanks, Alaska.

**REDACTED SIGNATURE**

TERRANCE W. HALL
United States Magistrate Judge