DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00012 TWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DISMISSAL** |
| | ) | |
| DENNIS HOLMAN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, the United States of America, and by leave of Court dismisses this case with prejudice, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, for the reason that the entire originally agreed fine has now been paid on Violation Notice #W0781798/AL5B charging the same

facts underlying the charge in this case, and the interests of justice have been served thereby.

The arrest warrant issued herein for defendant Dennis Holman on April 17, 2006, should therefore be withdrawn.

DATED this 8th day of August, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

/s/ STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

**DECLARATION**

I declare under penalty of perjury that a true and correct copy of the foregoing **DISMISSAL** and **ORDER** was sent to the following on August  8 , 2006, via U. S. Mail with postage paid:

Dennis D. Holman
1141 Hightower Trail
Oxford, GA 30054

 /s/ Stephen Cooper
Office of the United States Attorney