DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00012 TWH |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| DENNIS HOLMAN, | ) | |
| Defendant. | ) | |

IT IS SO ORDERED. This case is dismissed with prejudice and the arrest warrant is withdrawn.

Date: 30 August 2006

TERRANCE W. HALL
United States Magistrate Judge